UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMARI J. MOODY,

                         Plaintiff,

           -against-

THE MOUNT SINAI HOSPITAL, et al.,

                    Defendants.

-------------------------------------------------------------------X

25-CV-08859 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On February 5, 2026, Plaintiff filed a motion to compel emergency review of his filings (ECF No. 23) and to declare the Court's February 5, 2026 order void (ECF No. 24). Both motions are denied as they are brought without basis.

Plaintiff is reminded if he continues to file frivolous or otherwise non-meritorious submissions in this action, the Court will direct him to show cause why the Court should not bar him from filing any future submissions without leave of Court, and that continued abuse of the judicial process could lead to sanctions. See ECF No. 22 at 6.

The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 23 and 24.

       **SO ORDERED.**

DATED:     New York, New York
               February 9, 2026

                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge