UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMARI J. MOODY,

                    Plaintiff,

            -against-

THE MOUNT SINAI HOSPITAL, et al.,

                  Defendants.

-----------------------------------------------------------------X

25-CV-08859 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to Plaintiff's filing at ECF No. 70, Defendants are directed to refile the exhibits

filed with their motion to dismiss at ECF No. 68 any confidential information redacted.

      **SO ORDERED.**

DATED:     New York, New York
             April 30, 2026

                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge